IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>ANNE O'ROURKE   ) | Criminal No. 08-294<br>(29 U.S.C. §§ 501(c) and 439(c)) |

### INDICTMENT

### COUNT ONE

The Grand Jury charges:

1. At all material times to this Indictment, the defendant, ANNE O'ROURKE, was employed by Roofers, AFL-CIO, Local 37 (hereinafter "Local 37").

2. At all material times to this Indictment, Local 37 was a labor organization engaged in an industry affecting interstate commerce within the meaning of Sections 402(i) and (j) of Title 29.

3. During the period from on or about July 13, 2004, through on or about May 15, 2006, the defendant, ANNE O'ROURKE, did embezzle, steal, and unlawfully and willfully abstract and convert to her own use, the moneys, funds, securities, property, and other assets of the Local 37, namely cash dues paid by Local 37 members.

In violation of Title 29, United States Code, Section 501(c).

## COUNT TWO

The Grand Jury further charges:

4.  The matters set forth above at paragraphs one through three are hereby re-alleged and incorporated by reference as though fully set forth herein.

5.  During the period from on or about July 13, 2004, through on or about May 15, 2006, in the Western District of Pennsylvania, the defendant, ANNE O'ROURKE, did willfully make and cause to be made false entries in records required to be maintained by Section 436 of Title 29, United States Code, that is, the daily cash receipts journal and the cash receipts electronic posting on the accounting system for the Local 37, which are records on matters required to be reported in the annual financial report of the Local 37 required to be filed with the Secretary of Labor.

In violation of Title 29, United States Code, Section 439(c).

A True Bill,

*[signature]*
FOREPERSON

*[signature]*
MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254