IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 08-294 |
| | ) |
| ANNE O'ROURKE, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 12th day of June, 2009, the Court having been advised that the above defendant wishes to change her plea of not guilty, entered August 27, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Monday, June 29, 2009 at 9:30 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that the pretrial conference, scheduled for June 29, 2009, and jury selection and trial, scheduled for July 6, 2009, are hereby cancelled.

BY THE COURT:

s/Gary L. Lancaster ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Brendan T. Conway,
Assistant United States Attorney

Joseph Alexander Paletta, Esquire
424 Frick Building
437 Grant Street
Pittsburgh, PA 15219

U.S. Marshal

U.S. Pretrial Services

U.S. Probation